RECEIVED IN
The Court of Appeals
Sixth District

JUN 0 4 2015

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

JUN 0 4 2015

Texarkana, Texas
Debra K. Autrey, Clerk

CAUSE NO.06-15-00020-CV

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS---AT TEXARKANA,TEXAS

---

RANDY DALE BARNETT,Appellant

V.

JERRY COYLE,Appellee

---

ON APPEAL FROM THE 62nd JUDICIAL DISTRICT COURT OF

LAMAR COUNTY,TEXAS

TRIAL COURT NO.84100

---

## APPELLANT'S MOTION TO EXTEND TIME
## FOR FILING BRIEF

---

RANDY DALE BARNETT,Appellant,
Pro se.
TDCJ-ID # 1648039
TELFORD UNIT
3899 State Hwy 98
New Boston,Texas
75570

**APPELLANT,IN PRO SE**

1.

CAUSE NO.06-15-00020-CV

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA

RANDY DALE BARNETT,Appellant

V.

JERRY COYLE,Appellee

ON APPEAL FROM THE 62nd JUDICIAL DISTRICT COURT

LAMAR COUNTY,TEXAS

TRIAL COURT NO.84100

TO THE HONORABLE COURT OF APPEALS:

COMES NOW,Randy Dale Barnett,Appellant in Pro se,respectfully submits this Motion to Extend Time to File Brief under Tex.R.App. P.10 and 38.Randy Dale Barnett,moves this Court pursuant to the Texas Rules of Appellate Procedure for an extension of time in which to file the Appellant's Brief upon good cause shown below.

I.

On May 11,2015,the Court of Appeals for the Sixth District,set the due date for the Appellant's Brief for June 8,2015.Randy Dale Barnett,seeks an additional thirty(30) days in which to file his brief.

II.

The Clerk of the Sixty Second Court of Lamar County,provided the clerks record for this appeal.Although the Court Reporter's Record has yet to be provided.Appellant is currently attempting to obtain the Reporter's Record in this Cause,Appellant filed a motion for the Reporter's Record on May 25,2015,and is waiting for the Record.

2.

III.

The present deadline is June 8,2015.No previous extensions have been requested or granted to the Appellant in this cause.

IV.

Due to the circumstances of incarceration,and not having the complete record in this cause Appellant cannot prepare an adequate appeal brief for a meaningful appeal.

V.

Appellant also avers that he is unable to do the extensive research necessary to prepare the brief,thus necessitatiing this request for an extension of time.Insufficient time now remains to complete Appellant's Brief,but,if the time is extended thirty(30) days to July 7,2015,Appellant will have sufficient time for completion with the time extended.

IV.

The purpose of this motion is not for delay,but so that justice may be had by all parties.Appellant requests that an extension of time until Tuesday,July 7,2015 be granted for the filing of Appellant's Brief,or such time as this Court may deem appropriate.

WHEREFORE PREMISES CONSIDERED,the Appellant,Randy Dale Barnett, Pro se,prays that upon final submission of this motion to this Court's motion docket,this Court grant Appellant's Motion to Extend Time to File His Brief in its entirety and grant Appellant and additional thirty(30)days in which to file his brief on or before Tuesday,July 7,2015;and for such other and further relief,both at law and in equity,to which Appellant may be justcy and legally enitiled.

3.

Respectfully Submitted,

X *Randy Barnett*

RANDY DALE BARNETT
TDCJ-1D # 1648039
Telford Unit
3899 State Hwy 98
New Boston, Texas
                              75570

**APPELLANT, PRO SE**


## UNSWORN INMATE DECLARATION

I, Randy Dale Barnett, hereby declare under penalty of perjury that the foregoing motion to extend time to file brief is true and correct to the best of my knowledge, I am an incarcerated inmate at the Telford Unit of TDCJ-ID, located in Bowie County, New Boston, Texas.

Signed this the 1st day of June, 2015.     X *Randy Barnett*

RANDY DALE BARNETT
TDCJ-ID # 1648039
Telford Unit
3899 State Hwy 98
New Boston, Texas
                              75570


## CERTIFICATE OF SERVICE

I, Randy Dale Barnett, hereby certify that a true and correct carbon copy of the foregoing has been sent via U.S. Mail postage paid, through the Texas Prison system Mail Law Library to: Mr. Jerry Coyle, Appellee at Coyle Law Firm, P.O. Box 1135, Paris, Texas 75461.

Signed this the 1st day of June, 2015.     X *Randy Barnett*

RANDY DALE BARNETT
TDCJ-ID # 1648039
Telford Unit
3899 State Hwy 98
New Boston, Texas
                              75570

4.